

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BETTY TADJUDEEN

          **Plaintiff**                       96 Civil 2234 (DAB)

          -against-                       ORDER

BRANA SPARIOSU

          **Defendant**
-----------------------------------------------------------X

The plaintiff/judgment creditor, Betty Tadjudeen, by her counsel, Lanin Law P.C., having duly moved for an order pursuant to Rule 5225 (a) of the New York Civil Rules of Procedure, as made applicable herein by Rule 64 (a) of the Federal Rules of Civil Procedure directing the defendant/judgment debtor, Brana Spariosu, to pay to her the sum of $433,948.45 plus interest from 11/10/08 from the sum of money now in his possession and to turn over to a Sheriff or Marshall his stock certificates or membership certificates and all other documents that represent his ownership of Manhattan Kitchens, Inc., upon the ground that the judgment rendered in the above-entitled action in her favor and against the judgment debtor is unpaid and that the judgment debtor is in the possession of said money and/or property sufficient to pay or reduce the outstanding balance, and the motion having regularly come on to be heard,

Now, upon reading and filing the notice of motion dated December 23, 2008, the affidavit of Betty Tadjudeen, in support of the motion, sworn to on the day of December 23, 2008, the affirmation of Scott L. Lanin, Esq. dated December 23, 2008 in support of the motion, the restraining notice served upon the judgment debtor, Brana Spariosu pursuant to CPLR 5222, and after hearing Scott Lanin Esq. of Lanin Law P.C. counsel, for the judgment creditor, in

support of the motion and upon all of the papers and proceedings heretofore had herein, and it appearing that the judgment debtor has in his possession a sum of money or property sufficient to satisfy the judgment rendered in the above entitled action against him,

NOW, upon motion of Lanin Law P.C., attorney for the judgment creditor, it is

ORDERED, that the motion be and the same is hereby in all respects granted, and that the judgment debtor, Brana Sparisou, be and he is hereby directed immediately to deliver and pay over to the judgment creditor, Betty Tadjudeen , the sum of $433,948.45 plus interest from 11/10/08, that sum being an amount sufficient to satisfy the judgment rendered against him in the above entitled action and in favor of the judgment creditor on the 11th day of November 1996 and to turn over his certificates or membership certificates and all other documents evidencing the judgment debtor's ownership of Manhattan Kitchens, Inc., and any other non-exempt assets, to a Sheriff or Marshall for the benefit of the plaintiff judgment creditor.

ENTER

*Deborah A. Batts*

HON. _____, U.S. District Court Judge

6/9/09