```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BETTY TADJUDEEN,

                        Plaintiff,

        - against -                         96 Civ. 2234 (DAB)(KNF)
                                            ADOPTION OF REPORT
                                            AND  RECOMMENDATION
BRANA SPARIOSU,
                        Defendants.
----------------------------------------X
```



DEBORAH A. BATTS, United States District Judge.

This matter is before the Court upon a Report and Recommendation ("Report") of United States Magistrate Judge James C. Francis IV, which was filed May 8, 2009. The Report recommends that Plaintiff's motion to enforce a judgment against Defendant Brana Spiriosu be GRANTED because Plaintiff has met each of the requirements for obtaining an order under section 5225(a) of the N.Y.C.P.L.R. and Rule 64(a) of the Federal Rules of Civil Procedure. (Report at 2-3.)

According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b) (stating that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised

accordingly in Judge Francis's Report and Recommendation, to date, no objections to the Report have been filed.

Having reviewed the Report, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation, Docket Entry No. 16, of United States Magistrate Judge James C. Francis IV, dated May 8, 2009, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Plaintiff's Motion to Enforce Judgment in the amount of $433,984.45 plus interest is GRANTED;

3. The Court shall sign the proposed order attached to Plaintiff's Notice of Motion.


SO ORDERED.
DATED:   New York, New York
         June 9, 2009

*Deborah A. Batts*
Deborah A. Batts
United States District Judge

2